**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00301-CR**
**NO. 09-23-00302-CR**

_____

**STEVEN WADE RILEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court**
**Hardin County, Texas**
**Trial Cause Nos. 76149 and 76802**

**MEMORANDUM OPINION**

On June 15, 2023, the trial court accepted Steven Wade Riley's guilty pleas, deferred adjudication of guilt on two charges of assault causing bodily injury to a family member, and placed Riley on deferred adjudication community supervision for two years in Trial Court Cause Numbers 76149 and 76802. In each case, the trial court signed a certification in which the trial court certified that this is a plea-bargain case and Riley has no right of appeal. On September 6, 2023, Riley filed notices of

1

appeal for Trial Cause Numbers 76149 and 76802. The trial court clerk provided the certifications to the Court of Appeals.

On September 19, 2023, we notified the parties that we would dismiss the appeals unless the appellant established the certifications were incorrect. None of the parties responded to the Court's notices. Because the record in each case lacks a certification saying that Riley has the right to appeal, we dismiss the appeals.

APPEALS DISMISSED.

PER CURIAM

Submitted on October 24, 2023
Opinion Delivered October 25, 2023
Do Not Publish

Before Horton, Johnson and Wright, JJ.

2